No. 638. TORRES v. BRIGNONI.—Appeal from the District Court of Humacao. Motion to dismiss the appeal. Decided November 28, 1910. Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure and rule 40 of the rules of the Supreme Court. *Mr. Eugenio Benítez Castaño* for petitioner. *Mr. Enrique López Díaz* for respondent.

---

No. 280. THE PEOPLE v. SANTIAGO.—Appeal from the District Court of San Juan. Decided November 30, 1910. Judgment affirmed. *Mr. Ramón Falcón* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.

---

No. 277. THE PEOPLE v. PADIAL.—Appeal from the District Court of San Juan. Decided November 30, 1910. Judgment affirmed. *Mr. José Martínez Dávila* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.

---

No. 278. THE PEOPLE v. LÓPEZ DE VICTORIA.—Appeal from the District Court of San Juan. Decided November 30, 1910. Judgment affirmed. *Mr. Pedro González* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.

---

No. 268. THE PEOPLE v. PÉREZ.—Appeal from the District Court of San Juan. Decided December 1, 1910. *Mr. Domingo Massari* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.

---

No. 4. IN RE ACOSTA.—Disbarment. Decided December 5, 1910. Dismissed. *Messrs. Foster V. Brown, Attorney General,* and *Luis M. Campillo, District Attorney,* for The People. *Messrs. Manuel F. Rossy* and *Eduardo Acuña* for defendant.